```
1  Peter Kristofer Strojnik, SBN 242728
2  pstrojnik@strojniklaw.com
   Esplanade Center III, Suite 700
3  2415 East Camelback Road
   Phoenix, Arizona 85016
4  Telephone:  (602) 510-9409
5
   Attorneys for Plaintiff
6  THERESA BROOKE
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 20-cv-1974 |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| BMV HOTELS LP, | |
| Defendants. | |

   Please take notice that the above case has settled. The parties are in the process of memorializing the settlement and anticipate filing closing documents in the coming month.

   DATED this 5th day of October, 2020.

                                    /s/ Peter Kristofer Strojnik
                                    Peter Kristofer Strojnik (242728)
                                    Attorneys for Plaintiff