FILED

Nov 12 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>BMV HOTELS LP,<br><br>Defendant. | Case No: 5:20-cv-01974-NC<br><br>**ORDER** |

Upon Joint Motion and good cause shown,

IT IS HEREBY ORDERED dismissing the above case; each party to bear their own fees and costs.

DATED this __12th__ day of __November__, 2020.

_____
Judge of the U.S. District Court

GRANTED
[signature]
Judge Nathanael M. Cousins